1

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

3

4

5

6

7

8

| | |
|---|---|
| Augusta D. Gary, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Case No.: 2:14-cv-0992-GMN-GWF

**ORDER**

9

10     Pending before the Court is the Report and Recommendation ("R&R") of United States

11   Magistrate Judge George Foley, (ECF No. 22), which states that Plaintiff Augusta Gary's

12   Motion for Reversal and Remand, (ECF No. 16), should be denied, and Defendant Carolyn

13   Colvin's Cross Motion for Summary Judgment, (ECF No. 18), should be granted.

14     A party may file specific written objections to the findings and recommendations of a

15   United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B);

16   D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo

17   determination of those portions of the Report to which objections are made. *Id.*  The Court may

18   accept, reject, or modify, in whole or in part, the findings or recommendations made by the

19   Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).

20     No objections to Judge Foley's R&R were filed, and the deadline to object has now

21   expired.  Accordingly, the Court finds good cause to accept and adopt the findings of Judge

22   Foley.

23   ///

24   ///

25   ///

Page 1 of 2

1       **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 22), is

2   **ADOPTED in its entirety.**

3       **IT IS FURTHER ORDERED** that Plaintiff's Motion for Reversal and Remand, (ECF

4   No. 16), is **DENIED** and Defendant's Cross Motion for Summary Judgment, (ECF No. 18), is

5   **GRANTED**.  The Clerk shall enter judgment accordingly and close the case.

6

7       **DATED** this   12   day of April, 2016.

8

9                              _____

10                            Gloria M. Navarro, Chief Judge

                            United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25